ERIC GRANT
United States Attorney
ZULKAR KHAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

**Mar 05, 2026**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

    v.

ALTONIO JUANELL BURTON

                    Defendant.

CASE NO.  2:26-cr-0030 DC

ORDER TO SEAL

**(UNDER SEAL)**

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney ZULKAR KHANto Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated:  March 5, 2026                          _____
                                                 Hon. CHI SOO KIM
                                                 U.S. MAGISTRATE JUDGE

[PROPOSED] ORDER TO SEAL

1