HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Doug_beevers@fd.org

Attorney for Defendant
ALTONIO BURTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>vs.<br><br>ALTONIO BURTON,<br><br>　　　Defendant. | Case No.　2:26-cr-0030 DC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE AND SET MOTION HEARING AND BRIEFING SCHEDULE<br><br>DATE:　April 17, 2026<br>TIME:　9:30 a.m.<br>JUDGE: Hon. Dena Coggins |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the Court should continue the currently scheduled status conference set for April 17, 2026, at 9:30 a.m. to June 24, 2026 at 9:30 am and set a non-evidentiary hearing on the motion to suppress for the same date and time.

The parties also hereby stipulate to set the following briefing schedule for the defendant's Motion to Suppress, that was filed on April 7, 2026 at dkt. 13. The government's opposition shall be filed no later than May 29, 2026; and the defense reply shall be filed no later than June 5, 2026.

For these reasons, counsel and the defendant agree that the Court should exclude the time from the date of this order through June 24, 2026, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4. Counsel and the defendant also agree that the ends of justice served by the Court granting

this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: April 9, 2026

HEATHER E. WILLIAMS
Federal Defender

/s/ *Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for Defendant
ALTONIO BURTON

Dated: April 9, 2026

ERIC GRANT
United States Attorney

/s/ *Zulkar Khan*
ZULKAR KHAN
Assistant U.S. Attorney
Attorney for Plaintiff

# **O R D E R**

The court, having received, read, and considered the parties' stipulation filed on April 9, 2026 (Doc. No. 14), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the status conference set for April 17, 2026, is VACATED and RESET for June 24, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

It is FURTHER ORDERED that the parties' proposed briefing schedule as to the Defendant's Motion to Suppress filed on April 7, 2026 (Doc. No. 13) is ADOPTED as modified in this Order. The Government's opposition or statement of non-opposition shall be filed by May 29, 2026; the Defendant's reply, if any, shall be filed by June 5, 2026; and a Non-Evidentiary Motion Hearing is SET for June 24, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

The time period between April 9, 2026 and June 24, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]. Time is further excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(D) [Local Code E], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:    **April 10, 2026**

_____
Dena Coggins
United States District Judge

Stipulation and [Proposed]
Order to Continue Status Conference and Set Hrg & Brief Schedule