HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Doug_beevers@fd.org

Attorney for Defendant
ALTONIO BURTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALTONIO BURTON,<br><br>    Defendant. | Case No.    2:26-cr-00030 DC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE AND SET MOTION HEARING AND BRIEFING SCHEDULE<br><br>DATE:   June 24, 2026 to July 31, 2026<br>TIME:    9:30 a.m.<br>JUDGE: Hon. Dena Coggins |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the Court should continue the currently scheduled status conference set for June 24, 2026 at 9:30 am to July 31, 2026 at 9:30 a.m. and set a non-evidentiary hearing on the motion to suppress for the same date and time.

The parties are seeking to resolve factual issues relevant to the motion to suppress.  The parties hereby stipulate that the parties shall have until July 29, 2026 to submit any additional exhibits relevant to the motion to suppress.

For these reasons, counsel and the defendant agree that the Court should exclude the time from the date of this order through July 31, 2026, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4. Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: June 16, 2026

HEATHER E. WILLIAMS
Federal Defender

/s/ *Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for Defendant
ALTONIO BURTON

Dated: June 16, 2026

ERIC GRANT
United States Attorney

/s/ *Zulkar Khan*
ZULKAR KHAN
Assistant U.S. Attorney
Attorney for Plaintiff

Stipulation and [Proposed]
Order to Continue Status Conference Hrg

# **O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation filed on June 17, 2026 (Doc. No. 21), and good cause appearing therefrom, APPROVES the stipulation. Accordingly, the Status Conference and Motion Hearing as to Defendant's Motion to Supress (Doc. No. 13) scheduled for June 24, 2026, is VACATED and RESET for July 31, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The parties shall have until July 29, 2026 at 12:00 PM (Noon) to submit any additional exhibits relevant to the Motion. The time period from the date of this order through July 31, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:   **June 18, 2026**                    _____

Dena Coggins
United States District Judge