HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALTONIO JUANELL BURTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALTONIO JUANELL BURTON,<br><br>Defendants. | Case No. 2:26-cr-00030-DC-1<br><br>STIPULATION AND ORDER TO VACATE TRIAL CONFIRMATION HEARING AND TRIAL AND SET CHANGE OF PLEA HEARING<br><br>Date: December 18, 2026<br>Time: 9:30 AM<br>Judge: Hon. Dena M. Coggins |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Zulkar Khan, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for ALTONIO JUANELL BURTON, that the trial confirmation hearing scheduled for December 18, 2026, at 9:30 a.m., and the jury trial set for January 25, 2027 at 9:00 a.m. be vacated and a change of plea hearing be set for September 25, 2026 at 9:30 a.m.

Defendant set trial only to preserve issues related to the motion to suppress and no longer intends to litigate that issue. Defendant intends to plead guilty by open plea.

//

//

//

DATED: September 18, 2026

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for ALTONIO JUANELL BURTON

DATED: September 18, 2026

ERIC GRANT
Acting United States Attorney

*/s/ Zulkar Khan*
ZULKAR KHAN
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on September 22, 2026 (Doc. No. 28), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Trial Confirmation Hearing set for December 18, 2026 and the Jury Trial set for January 25, 2027 are VACATED and a Change of Plea Hearing is SET for September 25, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

IT IS SO ORDERED.

Dated: **September 23, 2026**

Dena Coggins
United States District Judge